# COURT MINUTES
Page 2

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor         Date: 6/21/24    Time: 10:00 a.m.

Defendant: Yaqulelin Dominguez-Nieves   J#: 12495-506   Case #: 24-20223-CR-BLOOM/ELFENBEIN
AUSA: Zachary Keller                     Attorney: AFPD – Jenny Wilson
Violation: CONSP/ALIEN SMUGGLING
Proceeding: ARRAIGNMENT/PTD              CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD
Bond Set at:                              Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other:

Language: Spanish

**Disposition:**
Brady Order already given
**Defendant Arraigned:**
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*
*Pretrial Detention Hearing held; S/A Francisco Acevedo CGIS sworn & testified. Govt's motion granted. The Court orders Defendant detained based on a serious risk of flight. Defense can move to reopen the detention hearing, if needed, based on new evidence.*
Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:       Time:       Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:16:49/11:22:04                                Time in Court: 1 hour